May 4, 1970

No. 1033. ABATE ET AL. *v.* MUNDT ET AL. Ct. App. N. Y. [Certiorari granted, *ante,* p. 904.] Motion to advance denied. *Doris Friedman Ulman* on the motion.

No. 1058. PHILLIPS *v.* MARTIN MARIETTA CORP. C. A. 5th Cir. [Certiorari granted, *ante,* p. 960.] Motion of Human Rights for Women, Inc., for leave to file a brief as *amicus curiae* granted. *Sylvia Ellison* on the motion.

No. 1189, Misc. PITTS ET AL. *v.* WAINWRIGHT, COR- RECTIONS DIRECTOR, ET AL. Motion for leave to file petition for writ of habeas corpus denied. *Earl Fair- cloth,* Attorney General of Florida, and *Raymond L. Marky,* Assistant Attorney General, in opposition.

No. 1861, Misc. NORSWORTHY *v.* FIELD, MEN's COL- ONY SUPERINTENDENT. Motion for leave to file petition for writ of habeas corpus denied.

No. 1797, Misc. RUDERER *v.* MEREDITH, U. S. DISTRICT JUDGE; and
No. 1862, Misc. RUDERER *v.* HARPER, U. S. DISTRICT JUDGE. Motions for leave to file petitions for writs of mandamus denied. *Solicitor General Griswold* in oppo- sition in both cases.

No. 1808, Misc. SETZER *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA. Motion for leave to file petition for writ of mandamus denied. *Solicitor General Griswold* in opposition.